UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESSEX ELECTRIC, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-00886-KJM-DB<br><br><br>ORDER |

The court has received the parties' stipulation (ECF No. 3) to withdraw as untimely defendant Platt Electric & Supply, Inc.'s notice of removal (ECF No. 1). All defendants have signed the stipulation. Defendant Southwire Company LLC's subsequent notice in support of removal (ECF No. 5) merely clarifies its citizenship for diversity jurisdiction purposes; the notice neither reneges on the prior stipulation, nor offers any argument in support of removal. Accordingly, the STIPULATION (ECF No. 3) is GRANTED; the untimely notice of removal (ECF No. 1) is STRICKEN; and the action is REMANDED to the San Joaquin County Superior Court. The pending notice of related cases (ECF No. 6) is now MOOT and the Clerk of the Court is directed to close this case.

DATED: July 23, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE